UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRITTANY BARNETT,**

      **Plaintiff,**

v.                                          Case No.   6:22-cv-1-ACC-GJK

**MELBOURNE BEACH
SUPERMARKET, INC. and
BASHAR ZUBI,**

      **Defendants.**

---

**ORDER**

This cause is before the Court on the parties' Joint Motion for Settlement (Doc. 12) filed on January 21, 2022.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties have filed a Joint Notice of No Objection (Doc. 14), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 27, 2022 (Doc. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that the settlement in this case is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.[1]

3. The Motion for Settlement (Doc. 12) is hereby **GRANTED**.

4. This case is **DISMISSED with prejudice**.

5. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on January 28, 2022.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record

---

[1] *See Lynn's Food Stores, Inc. v. United States Department of Labor*, 679 F.2d 1350, 1352-53 (11th Cir. 1982).